IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MANNIE GARCIA | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.:  12-cv-03592-JFM |
| MONTGOMERY COUNTY, MARYLAND, et al. | * | |
| Defendants | * | |

**DEFENDANTS' MOTION TO DISMISS/PARTIALLY DISMISS COUNTS I, II, III, IV, V, VI AND VII OF PLAINTIFF'S COMPLAINTAND FOR OTHER RELIEF**

Defendants, Montgomery County, Maryland, Chief Thomas Manger, Officer Christopher Malouf, Officer Kevin Baxter, Officer Michael Graves, and Lt. Mark Sheelor, by and through undersigned counsel, respectfully move this Honorable Court to dismiss Counts I-VII of Plaintiff's Complaint as to all or some of the Defendants and /or for other relief for the reasons which follow:

1. This suit arises out of Plaintiff's civil rights action against all six Defendants alleging violation of his federal (Privacy Protection Act), constitutional (First , Fourth and Fourteenth Amendments) and State tort (False Arrest, False Imprisonment and Malicious Prosecution) rights.  Plaintiff claims that he was wrongly detained, arrested and prosecuted for disorderly conduct when he was merely exercising his First Amendment Rights to take photographs of the police in action.

2. Plaintiff's Complaint fails to state a viable cause of action as to Montgomery County as Plaintiff has failed to properly plead a *Monell* claim.

3. Plaintiff's Complaint fails to state a viable cause of action as to Montgomery County for false arrest, false imprisonment or malicious prosecution as the County is immune from these State Tort Claims

4. Plaintiff's Complaint fails to state a viable cause of action against Defendants Manger (sued only in his official capacity), Officer Graves (sued only in his official capacity), and Lt. Sheelor (sued only for his alleged incomplete, sham Internal Affairs investigation of the subject officers). All claims against these individuals should be dismissed with prejudice.

5. To the extent any claims against Chief Manger, Officer Graves, Lt. Sheelor and Montgomery County are not dismissed with prejudice, said claims should be bifurcated to prevent prejudice to the active Defendants.

6. The Complaint fails to state a cause of action as to all individual Defendants and Montgomery County under the Privacy Protection Act and this Count should be dismissed in its entirety as to all Defendants.

7. The claims against Officer Baxter and Officer Malouf in their official capacity should be dismissed.

8. Plaintiff has failed to state a viable cause of action as to Defendant Baxter, and to the extent allowed, against Officer Graves, for violations of Plaintiff's First, Fourth or Fourteenth Amendment rights.

9. Plaintiff has failed to state a viable cause of action as to Defendant Baxter, and to the extent allowed, against Officer Graves, for false arrest, false imprisonment or malicious prosecution.

10. To the extent any personal liability claims are allowed as to Officer Graves for violation of Plaintiff's constitutional rights, he is entitled to qualified immunity.

11.     Officer Baxter is entitled to qualified immunity on Plaintiff's claims that he violated plaintiff's constitutional rights.

In further support of this Motion, Defendants direct the Court to their attached Memorandum of Points and Authorities in Support of Defendants' Motion To Dismiss/Partially Dismiss Counts I, II, III, IV, V, VI And VII Of Plaintiff's Complaint and For Other Relief.

Respectfully submitted,

MARC HANSEN
COUNTY ATTORNEY

_____/s/_____
Patricia P. Via, Chief
Division of Litigation – Self-Insurance
Bar No. 04829
(signed by Patricia Lisehora Kane with the permission of Patricia P. Via)

_____/s/_____
Patricia Lisehora Kane
Associate County Attorney
Bar No. 13621

Attorneys for Defendants Montgomery County, Maryland, Officer Chris Malouf, Officer Kevin Baxter, Officer Michael Graves, Lt. Mark Sheelor, and Chief Thomas Manger
101 Monroe Street, Third Floor
Rockville, Maryland  20850
(240) 777-6700

Filed:  January 31, 2013

PLK:pas:L13-00017
mtd
M:\Cycom\Wpdocs\D011\P018\00267134.DOC