UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| MANNIE GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY COUNTY, MARYLAND, *et al.*,<br><br>    Defendants. | Civil Action No. TDC-12-3592 |

**ORDER**

Before the Court are four motions related to the progress of discovery in this case: Plaintiff's June 16, 2014 Motion for Reconsideration of the Court's (Motz, J.) June 3, 2014 Memorandum to the Parties (ECF No. 37); Plaintiff's Motion to Compel Deposition Testimony and for Clarification of Bifurcation (ECF No. 40); Plaintiff's Motion for an Extension of Time to Complete Discovery (ECF No. 43); and Plaintiff's Motion to Strike Material Changes to Deposition Testimony (ECF No. 45).  The Court disposes of these motions as follows.

1. **The Motion for Reconsideration (ECF No. 37) is DENIED.**  The Court will not at this time revisit Judge Motz's June 3, 2014 determination that the two Internal Affairs Bureau ("IAB") memoranda need not be produced because Defendants have agreed not to introduce evidence or to argue at trial that there was an IAB finding of "no administrative violations" by the Officers.

2. **The Motion to Compel Deposition Testimony and for Clarification of Bifurcation (ECF No. 40) is GRANTED IN PART.**  The Court grants the Motion to the extent of clarifying the bifurcation order—as it relates to discovery—as follows.  During the first

phase of discovery, any document or other information that is relevant to the individual claims, including inadmissible evidence reasonably calculated to lead to the discovery of admissible evidence, shall be produced. If a document or other information is relevant to both individual and *Monell* claims, it shall be produced in its entirety. Under the bifurcation order, only if a document or other information is exclusively relevant to the *Monell* claim can it be withheld during the first phase of discovery.

3. **The Motion to Compel Deposition Testimony (ECF No. 40), the Motion for an Extension of Time to Complete Discovery (ECF No. 43), and the Motion to Strike Material Changes (ECF No. 45)**, as well as all further discovery disputes, shall be referred to a United States Magistrate Judge for disposition in accordance with this and previous Orders.

Date: August 27, 2014

/s/
THEODORE D. CHUANG
United States District Judge