To IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MANNIE GARCIA | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No.:  12-cv-03592-TDC |
| | * | |
| MONTGOMERY COUNTY, | * | |
| MARYLAND, et al. | * | |
| | * | |
| Defendants | * | |

**CONSENT MOTION FOR ENTRY OF ORDER OF SATISFACTION**

The Parties, by and through their respective counsel, and pursuant to Local Rule 111 and Fed R. Civ. P. 60(b) request this Honorable Court to enter an Order marking the Court's March 22, 2018 award to Plaintiff of attorneys' fees in the amount of $283, 559.25 and award to Plaintiff's attorneys of costs in the amount of $12, 402.34, as paid and satisfied.

Respectfully submitted,

MARC HANSEN
COUNTY ATTORNEY

_____/s_____
Ronald G. London, Esquire
(signed by Patricia Lisehora Kane with the permission of *Ronald G. London, Esquire*
Attorney for Mannie Garcia
Davis Wright Tremain LLP
1919 Pennsylvania Avenue, NW, Ste. 800
Washington, DC 20006-3401

_____/s/_____
Patricia P. Via, Chief
Division of Litigation
Bar No. 04829
(signed by Patricia Lisehora Kane with the permission of Patricia P. Via)

_____/s/_____
Patricia Lisehora Kane
Associate County Attorney
Bar No. 13621

Attorneys for Defendants Montgomery County, Maryland, Officer Chris Malouf, and Officer Kevin Baxter

                                                               101 Monroe Street, Third Floor  
                                                                Rockville, Maryland 20850  
                                                                (240) 777-6700

Filed: April 20, 2018